| | Dispute Number | Date of Award | Amount of Award* | Total Payments* | Unpaid Balance Due as of 12/16/2024* |
|---|---|---|---|---|---|
| 1 | DISP-105749 | 12/14/2022 | $5,108 | $2,858 | $2,250 |
| 2 | DISP-359281 | 10/11/2023 | $1,654 | $1,365 | $289 |
| 3 | DISP-698070 | 1/4/2024 | $3,309 | $3,174 | $135 |
| 4 | DISP-693503 | 1/9/2024 | $3,309 | $2,462 | $847 |
| 5 | DISP-694945 | 1/10/2024 | $1,654 | $0 | $1,654 |
| 6 | DISP-694241 | 1/17/2024 | $1,570 | $0 | $1,570 |
| 7 | DISP-559738 | 2/12/2024 | $658 | $612 | $47 |
| 8 | DISP-910157 | 2/27/2024 | $1,158 | $182 | $975 |
| 9 | DISP-937077 | 2/29/2024 | $1,158 | $0 | $1,158 |
| 10 | DISP-983233 | 3/19/2024 | $1,158 | $1,144 | $14 |
| 11 | DISP-982735 | 3/19/2024 | $3,309 | $3,038 | $270 |
| 12 | DISP-983088 | 3/20/2024 | $1,570 | $1,534 | $36 |
| 13 | DISP-105489 | 4/1/2024 | $5,684 | $0 | $5,684 |
| 14 | DISP-329025 | 4/4/2024 | $3,309 | $0 | $3,309 |
| 15 | DISP-1317434 | 6/6/2024 | $1,425 | $1,081 | $344 |
| 16 | DISP-80384 | 6/10/2024 | $1,570 | $0 | $1,570 |
| 17 | DISP-1148774 | 6/13/2024 | $180 | $149 | $31 |
| 18 | DISP-229229 | 6/28/2024 | $1,654 | $1,288 | $367 |
| 19 | DISP-80424 | 7/5/2024 | $9,926 | $845 | $9,081 |
| 20 | DISP-404465 | 7/16/2024 | $1,158 | $49 | $1,109 |
| 21 | DISP-1470902 | 8/14/2024 | $3,309 | $3,024 | $285 |
| 22 | DISP-278152 | 11/10/2024 | $1,570 | $167 | $1,403 |
| 23 | DISP-509511 | 11/12/2024 | $1,158 | $141 | $1,016 |
| 24 | DISP-697635 | 11/19/2024 | $1,158 | $80 | $1,078 |
| 25 | DISP-329371 | 11/21/2024 | $1,570 | $191 | $1,379 |
| 26 | DISP-1290659 | 11/21/2024 | $6,043 | $1,549 | $4,494 |
| 27 | DISP-214578 | 11/26/2024 | $3,309 | $145 | $3,164 |
| | | | TOTAL* | | $43,557 |

*Amount Rounded to Nearest Dollar

100440484.2